# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Alejandro Vallesillo | ) | Case No. |
|    Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| Security Credit Services, LLC | ) | |
|    Defendant | ) | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2023 SEP -8 PM 2: 16
OFFICE OF THE CLERK

## COMPLAINT

1. This is an action for damages brought by an individual consumer, Alejandro Vallesillo, against Security Credit Services, LLC ("Defendant"), for violations of the Fair Credit Reporting Act (hereinafter the "FCRA"), 15 U.S.C. § 1681, et seq..

## THE PARTIES

2. Plaintiff Alejandro Vallesillo is a natural person and consumer as defined by 15 U.S.C. § 1681a(c), residing in Omaha, Nebraska.

3. Defendant Security Credit Services is a "furnisher" as defined by 15 U.S.C. § 1681a(b).

4. Upon information and belief, Security Credit Services is a corporation with its principal place of business located at 306 Enterprise Dr, Oxford, MS 38655.

5. Defendant Security Credit Services is engaged in the business of collecting debt in the State of Nebraska.

## JURISDICTION & VENUE

6.  Jurisdiction of this Court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff's claim occurred in this judicial district. Defendant, Security Credit Services, LLC transacts business here.

## FACTUAL ALLEGATIONS

7.  On or about December 3, 2022 Plaintiff reviewed his credit report from Experian.

8.  In the report, the Plaintiff observed three unauthorized inquiries from the Defendant.

9.  Security Credit Services, LLC unlawfully obtained the Plaintiff's Experian consumer report twice on February 1, 2022 and a third time on February 28, 2022. (See Exhibit A)

10. According to 15 U.S.C. § 1681a(r)(4) the term "account" is defined having the same meaning as in section 1693a of this title.

11. Plaintiff never initiated any credit transaction with Defendant nor had an "account" with Defendant for review or collection as defined under the FCRA.

## COUNT 1 VIOLATION OF FCRA

12. Defendant's actions violated 15 U.S.C. § 1681b.

13. The Defendant's violations include but are not limited to the following:

    (a)  The Defendant violated 15 U.S.C § 1681b by failing to have permissible purpose to obtain Plaintiff's consumer report;

    (b)    Defendant did not have a court order to obtain Plaintiff's consumer report;

    (c)    Plaintiff never gave Defendant written permission to obtain his consumer report;

    (d)    Plaintiff does not have an account, which has the same meaning under the Electronic Fund Transfer Act 15 U.S.C § 1693a(2), with the Defendant.

14.    As a result of the above violations of the 15 U.S.C. § 1681b, Plaintiff has suffered actual damages including but not limited to invasion of privacy, emotional distress and mental anguish.

15.    These violations of 15 U.S.C. § 1681b were willful, rendering the defendant liable to the Plaintiff for actual and statutory damages and costs.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Alejandro Vallesillo respectfully demands a jury trial and request that judgment be entered in favor of Plaintiff against the Defendant for:

    A. Violating the FCRA;

    B. Actual damages pursuant to 15 U.S.C. § 1681n(a)(1)(A);

    C. Statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(B);

    D. Court costs pursuant to 15 U.S.C. § 1681n(a)(2);

    E. For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: Sept. 8, 2023

/s/ Alejandro Vallesillo
Alejandro Vallesillo
2303 H Street
Omaha, Nebraska 68107
(402) 452-8312
avallesillo@gmail.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alejandro Vallesillo

**DEFENDANTS**
Security Credit Services, LLC

**(b)** County of Residence of First Listed Plaintiff: Douglas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | 870 Taxes (U.S. Plaintiff or Defendant) | | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | 871 IRS—Third Party 26 USC 7609 | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 462 Naturalization Application | | |
| | | 555 Prison Condition | 465 Other Immigration Actions | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. 1681b

Brief description of cause:
Failure to have permissible purpose to obtain consumer report

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____