# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEJANDRO VALLESILLO, | Case No.: 8:23-cv-00400-RFR-SMB |
| Plaintiff, | |
| v. | Honorable Judge Robert F. Rossiter, Jr. |
| SECURITY CREDIT SERVICES, LLC; | Magistrate Judge Susan M. Bazis |
| Defendant. | |

## DEFENDANT'S RULE 12(b)(2) MOTION TO DISMISS

Defendant, Security Credit Services, LLC ("Defendant" or "SCS"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(2), hereby submits this Rule 12(b)(2) Motion to Dismiss the Complaint of Plaintiff, Alenjandro Vallesillo ("Vallesillo" or "Plaintiff") for lack of personal jurisdiction, and in support thereof states as follows:

1. For all the reasons stated and argued in the Memorandum of Law filed contemporaneously herewith and hereby incorporated by reference, Defendant moves this Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction.

WHEREFORE, Defendant Security Credit Servies, LLC respectfully requests that this Honorable Court grant its Motion, dismiss the Complaint of Plaintiff, Alejandro Vallesillo, for lack of personal jurisdiction, and for such other and further relief that the Court deems just and appropriate.

Dated: October 17, 2023
                                                                                       Respectfully Submitted,

                                                                                       **SECURITY CREDIT SERVICES, LLC**

                                                                                       */s/ Luke K. Chamberlain*

                                        IL Bar No. 6332539
                                        Attorney for Defendant
                                        Messer Strickler Burnette, Ltd.
                                        142 W. Station Street
                                        Barrington, IL 60010
                                        Tel.: (312) 334-3469
                                        Fax: (312) 334-3473
                                        lchamberlain@messerstrickler.com

                                        *Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2023, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record.

> */s/ Luke K. Chamberlain*
> Luke K. Chamberlain
>
> *Counsel for Defendant.*